

# NUMBER 13-25-00590-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PAVEL REYES FLORES,                                                         Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

## ON APPEAL FROM THE 25TH DISTRICT COURT
## OF LAVACA COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on appellant's amended motion to dismiss this appeal and attached signed unsworn declaration. We find the amended motion and declaration meet the requirements of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the amended motion to

dismiss and dismiss the appeal. *See id*.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
12th day of February, 2026.